**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-6030**

_____

DAVID BUFORD GREENE,

              Plaintiff – Appellant,

       v.

WARDEN BOBBY SHEARIN; BRUCE LILLER, Chief Psychologist,

              Defendants - Appellees.

_____

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Roger W. Titus, District Judge.  (8:11-cv-00535-RWT)

_____

Submitted:  April 30, 2012                Decided:  May 9, 2012

_____

Before DUNCAN, AGEE, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

David Buford Greene, Appellant Pro Se.  Nancy P. Tennis, Stephanie Judith Lane Weber, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Buford Greene appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Greene v. Shearin</u>, No. 8:11-cv-00535-RWT (D. Md. Dec. 19, 2011). We deny the motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>